## MASTER SERVICES AGREEMENT

### THIS AGREEMENT CONTAINS PROVISIONS RELATIVE TO DEFENSE, INDEMNIFICATION, INSURANCE AND RELEASE OF LIABILITY

This MASTER SERVICES AGREEMENT together with all of its Exhibits and Attachments is hereinafter referred to as: "Agreement". Together Company and Contractor are referred to as "Parties" and individually as "Party". Now, therefore, this Agreement is made and entered into this _2-1_ day of __June_____ ,_2021_ by and between "Company" and "Contractor", as set forth below:

|  |  |
|---|---|
| Companies: | **MARTIN ENERGY, LLC**<br>**61 HUMMINGBIRD RD., COVINGTON, LA 70433**<br>**P.O. BOX 8595**<br>**MANDEVILLE, LA 70470** |
| Contractor: | **CRESCENT DRILLING & PRODUCTION, INC.**<br>**2400 VETERANS BLVD., SUITE 110**<br>**KENNER, LA 70062** |

Company and Contractor agree as follows:

**WHEREAS,** Company is engaged in the business of performing exploration, development, production and other operations for natural gas, oil, chemicals and other petroleum by-products on the lands and waterways, inside and outside of the United States;

**WHEREAS,** Company frequently enters into written agreements with all manner of contractors to perform their services, purchase and lease their goods and equipment and where Contractor frequently enters into contracts to perform its Services; and,

**THEREFORE,** for and in consideration of the mutual promises, covenants and agreements contained herein, as well as other good and valuable consideration, the sufficiency of which hereby is acknowledged, the Parties enter into this Agreement, which shall govern the relations between the Parties.

### 1.0 NOTICE OF TERMS OF AGREEMENT

**Each of the Parties hereto specifically agree that it has read this Agreement and agrees that it has full notice and knowledge of the terms, conditions and effects of this Agreement and that it has had the opportunity to be represented by legal counsel of its choice prior to its execution of this Agreement. The Parties further recognize that certain of the terms of this Agreement result in one Party assuming the liability inherent in some aspects of the transaction and relieving the other Party of its responsibility for such liability. Each Party hereto agrees and covenants that it will not contest the validity or enforceability of any indemnity or exculpatory provision of this Agreement on the basis that the Party had no notice or knowledge of such provision or that the provision is not CONSPICUOUS.**

**FILED**

JAN 09 2023

**DEPUTY CLERK**
**PLAQUEMINES PARISH, LA**

67-735 B

**EXHIBIT A**

## 2.0   CONDITIONS

### 2.1   Definitions

"Company Group" shall mean, individually or in any combination, Company, its parent, subsidiaries, affiliates, joint-venturers, partners, joint-interest owners, co-owners, lessees, co-lessees, invitees, consultants, contractors and subcontractors of Company of every tier (other than Contractor), and their officers, directors, members, employees, servants, representatives, agents, and insurers.

"Contractor Group" shall mean, individually or in any combination, Contractor, its parent, subsidiaries, affiliates, joint-interest owners, co-owners, lessees, co-lessees, invitees, consultants, subcontractors of Contractor of every tier and their officers, directors, members, employees, servants, representatives, agents, and insurers.

"Defend" shall mean the obligation of the Indemnitor to provide such defense on behalf of the Indemnitor or Indemnitee at the Indemnitor's sole cost and expense including court cost and attorneys' fees.

"EXPRESS NEGLIGENCE RULE" SHALL MEAN TO EXPRESSLY STATE IN AN OBVIOUS AND CONSPICUOUS MANNER AND TO AFFORD FAIR AND ADEQUATE NOTICE THAT THIS PROTECTION, DEFENSE AND INDEMNITY PROVISIONS OF THIS AGREEMENT REQUIRE ONE PARTY (THE INDEMNITOR) TO BE RESPONSIBLE FOR THE NEGLIGENCE, STRICT LIABILITY, OR OTHER FAULT OF THE OTHER PARTY (THE INDEMNITEE).

"Losses" shall mean every demand, claim, suit, cause of action, judgment, loss, liability, indemnity obligation, expense, interest, legal fee, fine, penalty, assessment, lien and damage, whether in law or in equity and whether general, special, penal or statutory.

"REGARDLESS OF FAULT" SHALL MEAN, REGARDLESS OF WHETHER CAUSED OR CONTRIBUTED IN WHOLE OR IN PART DUE TO THE SOLE, JOINT, CONCURRENT, ACTIVE OR PASSIVE NEGLIGENCE, GROSS NEGLIGENCE STRICT LIABILITY OR OTHER LEGAL FAULT OF EITHER PARTY OR ITS GROUP, OR THE PRESENCE ON ANY PREMISES OWNED, LEASED OR CONTROLLED BY EITHER PARTY OR ITS GROUP, OR THE UN-SEAWORTHINESS OF ANY VESSEL, UN-AIRWORTHINESS OF ANY AIRCRAFT (INCLUDING BUT NOT LIMITED TO FIXED WING AND HELICOPTERS) OR A DEFECT OM THE PROPERTY OR EQUIPMENT OF EITHER PARTY PROVIDED BY OR ON BEHALF OF EITHER PARTY, INCLUDING BUT NOT LIMITED TO THOSE DEFECTS PRE-EXISTING THE EFFECTIVE DATE OF THIS AGREEMENT.

"Services" shall mean all services, labor and work performed by Contractor for the benefit of Company or pursuant to this Agreement or otherwise performed in connection with or without any goods or equipment, including delivery thereof.

2

**2.2 Non-Exclusive Contract**

It is contemplated that from time to time during the term of this Agreement Company may request either orally or in writing that Contractor render Services for the benefit or account of Company. In the event that Contractor agrees to undertake the performance of such Services , then the provisions of this Agreement shall govern and be fully applicable to the performance of all such Services, and the relationship of the Parties relating to or arising out of the performance of such Services shall be controlled and regulated hereby. In each instance, the consideration to be paid by Company to Contractor shall be as agreed by the Parties. It is further expressly agreed that nothing contained in this Agreement shall serve to obligate Company to guarantee the use of Contractor's Services, nor does it obligate Contractor to accept any request from Company to provide its Services.

**2.3 Other Documents and Conflict**

This Agreement shall supersede all other writings or understandings between the Parties, whether oral or written. Company's retention of Contractor shall be confirmed in the form of request for services, work order, purchase order, or such other substantially similar document ("Other Documents") which will be then attached to this Agreement, subject to these terms and conditions and made a permanent part hereof. In the event of any conflict between the provisions hereof and any prior or subsequent oral or written Other Document, the provisions of this Agreement shall control exclusively. It is further specifically agreed that the terms of this Agreement shall supersede and replace all prior Master Service Agreements and other contracts related thereto between Company and Contractor and shall hereafter, control and govern the relationship between the Parties.

**3.0 SCOPE OF WORK**

**3.1 Performance**

Company may employ Contractor from time to time in connection with the provision of Services for the operation or construction of properties and facilities for exploration for, or the development or production of natural gas and oil, or other minerals. All Services contemplated by this Agreement shall be performed or rendered by Contractor safely and with due diligence, in a good and workmanlike manner, using skilled, competent and experienced workmen and supervisors, in accordance with good oil field practice and in accordance with any specifications or instructions of Company.

**3.2 Time and Quality of Work**

Contractor represents that the Services will completed within the time frame required in the Other Documents. Contractor further represents it will perform its Services within Company specifications, all applicable laws, rules and regulations, and in accordance with industry standards.

3

### 3.3 Warranties for Services

Contractor represents and warrants that Contractor is in the business of performing Services for the natural gas and oil industry; that it is or will be properly licensed, permitted, or otherwise authorized under all applicable federal, state and local laws and regulations to perform all the Services under any request for those Services by Company; that all Services shall be performed in a good and workmanlike manner in accordance with good engineering and/or oil field practices and the terms of any request for those Services by Company; that the Services shall be performed with due diligence and without undue delays or interruptions; that it has the right, patent, license or authority to use and apply any patented, patentable, otherwise protected, or unpatented, device, process, formula, information, knowledge, trade secret, apparatus or method furnished with the Services; that it has fully trained personnel capable of performing the Services; and that the Services shall be performed as economically as possible, with the number of employees, materials, and equipment reasonably necessary to safely and correctly perform the Services, with due regard for the safety of persons and property. It is expressly understood that Contractor shall re-perform any and all defective workmanship related to its Services for a period of one (1) year following completion of the Services without any additional cost or risk to Company. Contractor shall not be responsible corrective construction or repair work. No other warranties shall apply either express or implied. Contractor expressly disclaims any warranty of merchantability. Contractor further disclaims any warranty of fitness for a particular purpose.

## 4.0 INTERPRETATION

Should any provision of this Agreement require interpretation it is agreed that the court interpreting or considering the provision shall not apply any presumption that the terms of this Agreement shall be more strictly construed against a Party by reason of the rule or presumption that a document should be construed more strictly against the Party who itself or through its agent prepared the document.

## 5.0 PAYMENT, BILLS AND LIENS, DOCUMENTATION

### 5.1 Compensation

Contractor shall invoice Company on a monthly basis for all charges. Company agrees to pay the undisputed amount of all Contractor's invoices within thirty (30) calendar days of the receipt of Contractor's invoice at the rates agreed upon, subject to same being accepted by Company as fully complying with all the terms, conditions, specifications and requirements of this Agreement. In the event of a dispute, Company shall notify Contractor in writing within fifteen (15) calendar days of receipt of Contractor's invoice. Company's payment of any Contractor invoice in no way waives or relinquishes any rights or privileges Company may have to subsequently question the correctness of any Contractor invoice.

### 5.2 Bills and Liens

Contractor agrees to pay all claims for labor, materials, services, and supplies furnished by or to Contractor, if any, in connection with its obligations under this Agreement including without limitation the Services and agrees to allow no third party lien or charge to be fixed upon any lease, well, land, or other property of Company. Contractor agrees to indemnify, protect, Defend, and

4

hold harmless Company Group from and against all such claims, charges, and liens, excepting any claims or rights asserted by Contractor as a result of Company's nonpayment of undisputed invoices regarding Contractor's Services performed pursuant to the Agreement.

**5.3    Documentation**

All work orders, delivery tickets and invoices shall bear Company's project name and number as well as the Contractor number assigned to Contractor by Company and shall be accurate and shall describe the any goods, equipment and services provided a third-party vendor in reasonable detail.

**6.0    INDEPENDENT CONTRACTOR RELATIONSHIP**

In the performance of the Services, Contractor shall be deemed to be an Independent Contractor. Company shall designate the Services it desires to be performed and the ultimate results to be obtained, but shall leave to Contractor the methods and details of performance, Company, being interested only in the results obtained, and having no control over the manner and method of performance. It is the understanding and intention of the parties hereto that no relationship of master and servant shall exist between Company and Contractor or Contractor's employees, invitees, subcontractors or representatives. Notwithstanding the foregoing, (i) Company Group shall not be precluded from asserting any borrowed employer or statutory employer defense or other defense that may exist, and (ii) all Services shall meet the approval of Company and shall be subject to the general right of inspection.

**6.1    Louisiana Statutory Employer**

In all cases where Contractor's employees (defined to include Contractor direct, borrowed, special, or statutory employees) are covered by the Louisiana Workers' Compensation Act, La. R.S. 23:1021 et seq., Company, and Contractor agree that all work and operations performed by Contractor and its employees pursuant to this Agreement are an integral part of, and are essential to the ability of Company to generate Company's goods, products and services for purposes of La. R.S. 23:1061 (A)(1). Furthermore, Company and Contractor agree that Company is the statutory employer of Contractor's employees for purposes of La. R.S. 23:1061 (A)(3). Irrespective of Company's status as the statutory employer or special employer (as defined in La. R.S. 23:1031(C)) of Contractor's employees, Contractor shall remain primarily responsible for the payment of Louisiana workers' compensation benefits to its employees and shall not be entitled to seek indemnification or contribution for any such payments from Company or its insurers.

**7.0    TAXES**

**7.1    Contractor's Responsibility**

In connection with any of the Services or the performance of this Agreement, Contractor agrees to pay (i) all taxes, licenses and fees levied or assessed on Contractor or on the Services by any governmental agency, (ii) unemployment compensation insurance, (iii) old age benefits, (iv) social security, and (v) any other taxes upon the wages of Contractor, its agents, employees, subcontractors and representatives (with (i) through (v) collectively referred to as the "Taxes").

5

Contractor agrees to require this same agreement from each of its subcontractors and to and indemnify the Company for any breach of or failure to obtain such agreements.

## 7.2 Reimbursement of Company

Contractor agrees to reimburse Company on demand for all such Taxes that Company may be required or deem it necessary to pay on account of Contractor or its subcontractors or their respective employees, agents or representatives. Contractor agrees to furnish Company with the information required to enable it to make the necessary reports and to pay such Taxes or charges. At its election, Company is authorized to deduct all sums so paid of such Taxes from such amounts as may be or become due to Contractor.

## 8.0 INDEMNIFICATION

### 8.1 Contractor General Indemnification of Company Group

Contractor assumes full responsibility for and agrees to fully and completely release Company Group and separately, Contractor agrees to protect, Defend, indemnify and hold harmless Company Group from and against all Losses of every kind and character, including all expenses of litigation, court costs, expert expenses, attorneys' fee) brought or asserted again Company Group by any party whomsoever arising out of or related to this Agreement and resulting from any Loss described in subparagraphs (i) through (vi) below , REGARDLESS OF FAULT of any member of the Company Group or a third party.

(i) Personal injury to, bodily injury to, emotional or psychological injury to, property or wage loss, benefits loss, or illness or death of any member of Contractor Group;

(ii) Except as provided for in Article 8.2(vii) below, damage to or loss of any property, equipment, or vessels owned, leased or provided by Contractor Group;

(iii) Liabilities, costs, expenses, penalties or fines arising from or caused by any pollution or any spills or releases of pollutants or contaminants from any property, equipment, or vessels owned, leased or provided by Contractor Group, including costs of cleanup of same;

(iv) Consequential damages (including but not limited to lost profits, lost business opportunities, damages for failure to meet deadlines or loss of use of equipment) sustained by Contractor Group;

(v) Taxes, fines, penalties and other assessments made against Contractor's property or arising out of Contractor Group's operations; and

(vi) Any claim for damages, discrimination, harassment or loss by personnel furnished by Contractor Group or any of their suppliers, arising out of or in connection with any Services performed or to be performed by Contractor hereunder.

6

**8.2 Company General Indemnification of Contractor Group**

Company assumes full responsibility for and agrees to fully and completely release Contractor Group, and separately, Company agrees to protect, Defend, indemnify, and hold harmless Contractor Group from and against all Losses of every kind and character , including all expenses of litigation, court costs, expert expenses, attorneys' fee) brought or asserted again Company Group by any party whomsoever arising out of or related to this Agreement and resulting from any Loss described in subparagraphs (i) through (vi) below REGARDLESS OF FAULT of any member of the Contractor Group or a third party.

(i)     Personal injury to, bodily injury to, emotional or psychological injury to, property or wage loss, benefits loss, or illness or death of any member of Company Group;

(ii)    Damage to or loss of any property, equipment, or vessels owned, leased, or provided by Company Group;

(iii)   Liabilities, costs, expenses, penalties, or fines arising from or caused by any pollution or any spills or releases of pollutants or contaminants from any property, equipment, or vessels owned, leased or provided by Company Group, including costs of cleanup of same;

(iv)    Consequential damages (including but not limited to lost profits, lost business opportunities, damages for failure to meet deadlines or loss of use of equipment) sustained by Company Group;

(v)     Taxes, fines, penalties and other assessments made against Contractor's property or arising out of Contractor Group's operations;

(vi)    Loss of or damage to any reservoir, well or hole (including the cost of re-drill); (ii) blowout, fire, explosion, cratering, seepage or uncontrolled well condition (including the costs to control an out of control well and the removal of debris); and (iii) damage to any reservoir, subsurface trespass, geological formation or underground strata or the loss of oil or gas therefrom.

(vii)   Damage to or loss of Contractor Group's in-hole equipment when same is in the hole (except for that which is caused by normal wear and tear); and

(viii)  Any claim for damages, discrimination, harassment or loss by employees of Company Group.

**8.3    Attorneys' Fees.** In the event that the defense and indemnity of the indemnitee under the applicable indemnity provisions herein is tendered to the indemnitor and the indemnitor denies or otherwise does not accept the tender, then in addition to the indemnity and costs of defense owed by the indemnitor, the indemnitor shall also be obligated to pay all costs and expenses, including reasonable attorneys' fees, incurred by the indemnitee in pursuing its claim for indemnity against the indemnitor.

7

**8.4** **Exemplary Damages.** Notwithstanding anything to the contrary, neither party shall be liable to the other for exemplary or punitive damages.

**8.5** **Mutual Indemnity Obligations**

The Parties agree to support their indemnity obligations with insurance (or qualified self insurance) in favor of the other Party and its Group of at least the types and minimum amounts listed in Section 9 and Exhibit A. The Parties agree that such insurance shall support, but not limit their indemnity obligations except to the extent mandated by applicable law. The indemnification obligations are intended to comply with applicable laws. To the extent the indemnification provisions in this Agreement are found to violate any applicable law, or in the event any applicable law is enacted or amended so as to cause these provisions to be in violation therewith, this Agreement shall automatically be amended to provide that the indemnification provided hereunder shall extend only to the maximum extent permitted by the applicable law, but not so as to exceed the express provisions in this Agreement. The indemnifying Party further agrees to investigate, handle, respond to, provide defense for and defend any claim at its sole expense and agrees to bear all attorney's fees, costs, and expenses related thereto, even if the claim is groundless, false, fraudulent, or without legal or factual merit.

**9.0** **INSURANCE**

**9.1** **Minimum Insurance Required**

Contractor agrees to procure and maintain at its sole cost and expense, insurance of the types and amounts set forth in Exhibit A, with deductibles for the sole account of Contractor, with solvent insurance companies which are reasonably acceptable to Company, authorized to do business in the jurisdictions where the Services and general operations are performed and which shall be maintained without interruption during the entire term of this Agreement. It is expressly understood and agreed that the coverages required herein: (1) represent the minimum requirements and are not to be construed to void or limit the defense, protection or indemnity obligations of Contractor under this Agreement; and (2) are being obtained by Contractor in support of Contractor's defense, protection and indemnity obligations under this Agreement.

**9.2** **Certificates of Insurance**

Prior to the commencement of any Services contemplated by this Agreement, Contractor shall provide or cause its insurance carriers to provide to Company and attached hereto as Exhibit B, a Certificate or Certificates of Insurance on an ACORD form or other form approved for use by the Office of the Commissioner of Insurance of the state of incorporation where the Services are to be performed and signed by authorized representatives of the insurance company evidencing all coverages, extensions and limits required to be carried under this Agreement. Failure to maintain said insurance shall constitute sufficient grounds for immediate cancellation or suspension of this Agreement by Company.

**10.0** **FORCE MAJEURE**

As used in this Agreement, "Force Majeure" shall mean acts of God, storms, floods, hurricanes, tornadoes, earthquakes, warlike action, insurrection, revolution, terrorism, sabotage,

piracy, civil war, strikes, acts of public enemies, rules or regulations of any governmental authorities having jurisdiction over the premises at which the Services are to be provided, that are not reasonably within the control of the Party claiming Force Majeure and that could not have been avoided or overcome by the exercise of due diligence by such Party. Except with regard to the indemnification and payment obligations under this Agreement if either Party is rendered unable wholly or in material part, by reason of Force Majeure to fulfill any of its obligations under this Agreement or a work order, then upon such Party giving notice and reasonably full particulars of such Force Majeure in writing to the other Party within five (5) days after the occurrence of the cause relied on, such obligation of the Party giving such notice, so far as such obligation is affected by such Force Majeure, shall be suspended during the continuation of any inability so caused. Such inability shall, as far as practicable, be remedied with all reasonable dispatch by the Party claiming Force Majeure; provided, the preceding shall not require a Party to settle or overcome labor disputes on terms unsatisfactory to such Party.

## 11.0    TERMINATION OF WORK – DEFAULT REMEDIES

### 11.1    Term and General Termination

This Agreement will become effective on the first date written and will remain in effect until terminated by either Party by giving the other thirty (30) days prior written notice.

### 11.2    Termination for Cause

Company shall have the right, in addition to any other rights or remedies it may have hereunder or by law to cancel this Agreement immediately upon the giving of written notice if Contractor enters voluntary or involuntary bankruptcy or receivership proceedings, makes an assignment for the benefit of creditors, a change in ownership of Contractor occurs, Contractor engages in gross safety violations or violations of applicable federal or state laws, rules or regulations, or breaches this Agreement (hereinafter defined as "Event of Default"); however, the terms of this Agreement shall continue to apply to all Services in progress. Company's right to require strict performance of Contractor's obligations hereunder shall not be affected by any previous waiver, forbearance or course of dealing.

### 11.3    Payment to Contractor

Upon termination, Contractor shall be paid for the pro-rata portion of the Services rendered to the date of such termination and the reasonable costs incurred by Contractor.

### 11.4    Contractor's Responsibilities upon Cancellation

On notice of such termination, Contractor shall promptly remove its personnel from Company's premises and shall further cooperate with Company or its designee to ensure an orderly, safe and expeditious transition and completion of the Services or work or delivery of materials theretofore contemplated by the terminated Agreement.

**11.5 Remedies of Company**

Upon the occurrence of an Event of Default and at any time thereafter, Company at its option, may exercise any one or more of the following remedies: (a) terminate this Agreement upon written notice to Contractor, without prejudice to any other remedies hereunder; and (b) exercise any other right or remedy available to Company under applicable law, including proceeding by appropriate court action to enforce the terms hereof or to recover damages for the breach hereof or to rescind this Agreement. It is expressly understood that none of the above remedies shall serve to limit or void the indemnity and/or insurance obligations of Company or Contractor under this Agreement.

**11.6 Survival**

Neither Party hereto shall by the termination of this Agreement be relieved of its respective obligations and liabilities arising from or incident to work performed or Services rendered pursuant hereto.

**12.0 ASSIGNMENT**

Contractor agrees that it will not assign nor delegate this Agreement or any of the obligations with respect to the Services without the prior written consent of Company (consent which shall not be unreasonably withheld). Company may assign this Agreement without prior consent to Contractor.

**13.0 LAWS, RULES AND REGULATIONS**

13.1 Company and Contractor agree to comply with all laws, rules, and regulations, which are now or may become applicable to the work or Services covered by this Agreement or arising out of the performance of such work or Services.

**13.2 Saving Provision**

If, during any legal or equitable proceeding, any provision of this Agreement is found to violate any applicable law, rule, or regulation, such provision shall be deemed to be modified to the extent required to comply with said law, rule, or regulation, and this Agreement as so modified, shall remain in full force and effect.

**13.3 Governing Law**

The Parties agree that jurisdiction shall be considered appropriate in and for the laws of the State of Louisiana with venue being set in Jefferson Parish, Louisiana either brought in the State District Court or in the U.S. Federal District Court which has jurisdiction for Jefferson Parish, Louisiana.

**14.0 MAINTENANCE OF RECORDS-RIGHT TO AUDIT**

Company shall have the right to audit Contractor's non-privileged or proprietary books and records relating to all invoices issued with respect to the Services provided during the term of this

10

Agreement. Contractor agrees to maintain such books and records for two (2) years from the date such costs were incurred and to make such books and records available to Company at any time or times during business hours within such period. Company's audit rights hereunder shall not extend to Contractor's fixed sum pricing, markups and trade secrets.

## 15.0 HEALTH, SAFETY AND ENVIRONMENT

15.1 As a condition of execution and continuation of this Agreement and the Services performed by Contractor, Contractor represents to Company that Contractor will be subject to and adhere to any and all policies (written or oral) that are established by OSHA for similar Services and operations and while on any property owned, leased, rented or operated by Company. Contractor represents that it will conduct itself in at least these standards and is solely responsible for securing the written form of any such policy governing the Services and location.

15.2 The Company specifically reserves the right to carry out reasonable search of individuals, their personal effects and vehicles when entering, on, or leaving the premises where work is performed. The searches may be initiated by the Company without prior announcement. If in Company's sole opinion it is determined that any contraband found on any individual, their personal effects or vehicles is in direct violation of Company's policies, state or federal law, Company reserves the right to have any such individuals removed from the premises by whatever means necessary. Submission to such a search is strictly voluntary; however, refusal may be cause for not allowing that individual on the work site or Company's other premises. It is Contractor's responsibility to notify its employees of this policy and its enforcement.

15.3 It is understood that the health and safety of all personnel involved in the project and protection of the project location and adjacent properties is of paramount importance and that failure or refusal to follow the Company procedures as outlined herein above shall constitute grounds for dismissal from the project of Contractor or any individual employee, agent or representative of Contractor and termination of this Agreement.

## 16.0 CONFIDENTIALITY

Contractor agrees to keep the terms and conditions of this Agreement and all information or documentation obtained by Contractor in the conduct of Services performed under this Agreement confidential and agrees that neither it nor anyone on its behalf will disclose such information without the express written consent of Company's designated representative. Contractor specifically promises not to release the terms, conditions or any other information regarding this Agreement to any trade publication, professional publication, industry association or organization, news media or to anyone else whatsoever, either directly, indirectly, through third parties or otherwise. Contractor fully understands, acknowledges and agrees that this confidentiality provision is an essential part of this Agreement and that any breach of confidentiality will be a breach of this Agreement.

Company agrees to keep the terms and conditions of this Agreement and all information or documentation obtained by Company in the conduct of Services performed under this Agreement confidential and agrees that neither it nor anyone on its behalf will disclose such information without the express written consent of Contractor's designated representative.

11

Company specifically promises not to release the terms, conditions or any other information regarding this Agreement to any trade publication, professional publication, industry association or organization, news media or to anyone else whatsoever, either directly, indirectly, through third parties or otherwise. Company fully understands, acknowledges and agrees that this confidentiality provision is an essential part of this Agreement and that any breach of confidentiality will be a breach of this Agreement.

## 17.0 ACCIDENTS

Contractor shall as soon as administratively practical notify Company of all accidents or incidents and shall prepare and furnish Company with a copy of an accident report within seventy-two hours of any accident or incident arising out of or during the course of Services for Company.

## 18.0 NOTICES

All notices to be given pursuant to this Agreement shall be in writing and shall be sent to Company and to the Contractor at the addresses set forth in the preamble of this Agreement.

## 19.0 HEADERS

Section headings are intended for convenience only and shall not alter or affect the terms of this Agreement.

## 20.0 SEPARATE CONTRACTS

Company reserves the right to enter into other contracts in connection with the production, operation and maintenance of its fields. Contractor shall afford any such other contractors reasonable opportunity for the execution of their work and shall properly coordinate its Services with theirs.

## 21.0 ACCEPTANCE OF AGREEMENT

Original executed by the Parties hereto as of the first month, day and year written above.

WITNESS:                                           **COMPANY:**

_____          BY: _____
_____          NAME:  Ernest Martin, IV
                                         TITLE:  Managing Partner – Martin Energy, LLC

WITNESS:                                           **CONTRACTOR:**

_____          BY: _____
_____          NAME:  Scott McDonald
                                         TITLE:  President/CEO

12

Company specifically promises not to release the terms, conditions or any other information regarding this Agreement to any trade publication, professional publication, industry association or organization, news media or to anyone else whatsoever, either directly, indirectly, through third parties or otherwise. Company fully understands, acknowledges and agrees that this confidentiality provision is an essential part of this Agreement and that any breach of confidentiality will be a breach of this Agreement.

## 17.0 ACCIDENTS

Contractor shall as soon as administratively practical notify Company of all accidents or incidents and shall prepare and furnish Company with a copy of an accident report within seventy-two hours of any accident or incident arising out of or during the course of Services for Company.

## 18.0 NOTICES

All notices to be given pursuant to this Agreement shall be in writing and shall be sent to Company and to the Contractor at the addresses set forth in the preamble of this Agreement.

## 19.0 HEADERS

Section headings are intended for convenience only and shall not alter or affect the terms of this Agreement.

## 20.0 SEPARATE CONTRACTS

Company reserves the right to enter into other contracts in connection with the production, operation and maintenance of its fields. Contractor shall afford any such other contractors reasonable opportunity for the execution of their work and shall properly coordinate its Services with theirs.

## 21.0 ACCEPTANCE OF AGREEMENT

Original executed by the Parties hereto as of the first month, day and year written above.

WITNESS:

_____

_____

COMPANY:

BY: _____

NAME: Ernest Martin, IV

TITLE: Managing Partner – Martin Energy, LLC

WITNESS:

_____

_____

CONTRACTOR:

BY: _____

NAME: Scott McDonald

TITLE: President/CEO

12

## EXHIBIT A

### Insurance Classification and Minimum Required Limits

The terms "Contractor", "Company", "Company Group" and "Contractor Group" shall have the same meanings as in the Master Services Agreement.

### CONTRACTOR'S OBLIGATIONS:

Contractor agrees to procure and maintain at its sole cost and expense, insurance of the types and amounts set forth below with deductibles for the sole account of Contractor, with solvent insurance companies which are reasonably acceptable to Company, authorized to do business in the jurisdictions where the Services and general operations are performed and which shall be maintained without interruption during the entire term of this Agreement. It is expressly understood and agreed that the coverages required herein: (1) represent the minimum requirements and are not to be construed to void or limit the defense, protection or indemnity obligations of Contractor under this Agreement; and (2) are being obtained by Contractor in support of Contractor's defense, protection and indemnity obligations under this Agreement. Prior to the commencement of any Services, Contractor shall provide or cause its insurance carriers to provide to Company and attached hereto as Exhibit B, a Certificate or Certificates of Insurance on an ACORD form or other form approved for use by the Office of the Commissioner of Insurance of the state where the Services are to be performed and signed by authorized representatives of the insurance company evidencing all coverages, extensions and limits required to be carried under this Agreement. Failure to maintain said insurance shall constitute sufficient grounds for immediate cancellation or suspension of this Agreement by Company.

To the extent of; however, in no way intended to limit the liability and indemnity obligations assumed by Contractor in the Agreement, Contractor shall cause its insurance company(s) to provide written proof that Company Group is granted status as additional insured's on all of its applicable insurance policies (except Workers Compensation), and, provide a waiver of subrogation as required by written contract. All references to protection, privileges, or indemnification assumed by Contractor shall extend to and include Company Group. Reasonable deductibles are acceptable and shall be for the sole account of Contractor. Contractor will notify its underwriters and Company as soon as administratively possible; however, not later than seventy-two (72) hours following any incident or occurrence which may give rise to any claim against the Parties hereto, followed by a written report about such incidents and shall fully cooperate with all investigations thereof. No insurance shall be cancelled or shall there be a significant reduction in coverage without prior written notice to Company.

Notwithstanding the Parties' choice of law expressed herein, if the Texas Civil Practice and Remedies Code §127.001 et seq. (the "Anti-Indemnity Act" or any successor Statute or Act) applies to an insurance or indemnity claim under this Agreement, then Contractor and Company agree that all mutual indemnity obligations subject to the Anti-Indemnity Act will be supported by applicable liability insurance coverage. Any unilateral indemnity obligation subject to The Anti-Indemnity Act will be supported by insurance with minimum limits of **Five-Hundred Thousand Dollars ($500,000)**. Otherwise, all other insurance obligations required pursuant to this Agreement shall include but are not limited to the insurance limits and endorsements set forth

14

herein. If Contractor fails to carry insurance in the minimum amount set forth herein then it is agreed that Contractor has approved self-insurance as stated in The Anti-Indemnity Act, and the mutual indemnification amount shall be at least the minimum amount carried by Company and applicable to the extent of the liabilities and immunities assumed in this Agreement.

**A. Workers' Compensation Insurance (Statutory) – As applicable and wherever necessary for proper coverage**, Workers' Compensation and Employer's Liability coverage's shall include coverage for State of Hire, Alternate Employer/Borrowed Servant Coverage, U.S. Longshoreman and Harbor Workers Act coverage including extension to the Outer Continental Shelf, and Maritime Operations Coverage including Admiralty Benefits, Jones Act Coverage, Death on the High Seas Act Coverage, Maritime Employer's Liability Coverage including Wages, Maintenance, Cure and Transportation Coverage, and Coverage for Master and Crews.

**B. Employer's Liability Insurance** with minimum coverage(s) of: (i) **One-Million Dollars ($1,000,000)** Bodily Injury By Accident (Each Accident), and (ii) **One-Million Dollars ($1,000,000)** Bodily Injury by Disease (Policy Limit), and (iii) **One-Million Dollars ($1,000,000)** Bodily Injury by Disease (Each Employee).

**C. Comprehensive (or Commercial) General Liability Insurance** on an "Occurrence" form (or, if on a "Claims-Made" form, Contractor shall purchase an Extended Reporting Provision of not less than thirty-six (36) months), including coverage for contractual liability, public liability, bodily injury, personal injury, advertising injury, property damage and premises coverage, products and completed operations, sudden and accidental pollution liability coverage and "Action Over" claims with a minimum of One-Million Dollars ($1,000,000) combined single limit per occurrence and a **Two-Million Dollars ($2,000,000)** aggregate. Contractor will carry Excess Liability (or Umbrella) coverage as listed below that will "follow form" over each claim if such limit becomes exhausted. The policy shall be endorsed to provide that the Non-Owned Watercraft Exclusion has been deleted, and, for "In Rem" liability (to provide that claims "In-Rem" shall be treated as claims against Contractor).

**D. Commercial Automobile Liability Insurance** for bodily/personal injury and property damage, including but not limited to coverage for all owned, non-owned and hired automotive vehicles or automotive equipment with minimum limits of **One-Million Dollars ($1,000,000)** combined single limit per accident or occurrence for Bodily Injury and Property Damage.

**E. Excess (or Umbrella) Liability** coverage of **Five-Million Dollars ($5,000,000.00)** in excess of the foregoing primary liability policy limits shall be carried by Contractor, all "following form" over the underlying coverages (except Workers Compensation). All of the foregoing policies containing an element of liability coverage shall be within the schedule of underlying coverages of the Excess (Umbrella) Liability Policy. The limits shall be reported on the required Certificate of Insurance.

**G. Contractor Property Insurance (as applicable)** coverage for all property provided by Contractor in connection with this Agreement (whether owned, leased or rented), up to the full value of the property and that provides a waiver of subrogation in favor of Company Group.

15

**H.** **All Risk Cargo Insurance (as applicable)** with minimum limits of **One-Million Dollars ($1,000,000)** per occurrence which insures Contractor's liability for loss of or damage to any goods transported, including coverage for theft, fire and acts of God.

**I.** **If** Contractor owns, operates, charters or provides marine vessels in connection with its Services, Contractor is required to maintain the following coverages with respect to such marine vessels or cause the marine vessel owner to provide the following coverages:

**(1)** **Hull and Machinery Insurance** on each vessel per the American Institute Hull Clauses (June 2, 1977) or equivalent, covering fire, explosions and marine perils, together with full four-fourths collision and running down clause [including Tower's Liability Insurance per the American Institute Tug Form (August 1, 1976) or equivalent, if vessel is a tug] in an amount equal to the full insurable value of the vessel, voluntary removal of debris coverage, sistership clause un-amended, limitation of liability clause deleted, additional insured, waiver of subrogation and Gulf of Mexico extension.

**(2)** **Primary Protection and Indemnity Insurance and Excess Protection and Indemnity Insurance** per the SP-23 Form (Revised 1/56) or equivalent including excess Collision (and excess Tower's Liability Insurance, if vessel is a tug) with limits of liability of not less than **Ten-Million Dollars ($10,000,000)** each accident on each vessel. Any "as owner" clause and any other language which purports to limit coverage to liability of an insured "as owner of vessel" shall be deleted and must provide for an "In-Rem" endorsement that provides that any claim "In-Rem" shall be treated as a claim "In-Personam".

**(3)** **Excess/Umbrella** Insurance coverage including Excess Protection and Indemnity, Excess Collision and Tower's Liability, Hull and Machinery in the amount of at least **Ten-Million Dollars ($10,000,000)** per occurrence, all following form of the primary insurance coverage.

**J.** **If** Contractor owns, operates, charters or provides any aircraft (whether rotary or fixed wing) in connection with its Services, Contractor is required to maintain the following coverages with respect to such aircraft or cause the aircraft owner to provide the following coverages:

**(1)** **Aircraft Liability All Risk Ground and In-flight Insurance and Non-Owned Aircraft Liability Insurance,** including passenger hazard, with **Five-Million Dollars ($5,000,000)** single limit bodily injury and property damage for use of owned or non-owned aircraft, additional insured and waiver of subrogation.

**K.** With respect to and to the extent of the liabilities and indemnities assumed in the Agreement, Contractor agrees to obtain endorsements to its policies stating that its policies shall be primary with respect to any insurance carried by the Company and Contractor agrees to obtain endorsements to remove all "other insurance" provisions of its policies.

**L.** Contractor is not permitted to act as a self-insurer without the express written consent of the Company or as to any of the risks to which coverage is herein required. If Company consents to such self-insurance (consent which shall not be unreasonably withheld) Contractor shall comply with all applicable laws relating thereto.

16

**M.** In the event that Contractor enters into a contractual agreement with other persons or companies, Contractor shall require all of those persons or companies to provide the foregoing insurance coverages, as well as any other coverage that it considers necessary. Such policies shall include the same Additional Insured Provisions and Waiver of Subrogation Clauses as required herein. Regardless of whether any person or company fails to provide the minimal insurance, Additional Insured Provisions and Waiver of Subrogation Clause as required herein, Contractor shall remain obligated to Company for any such deficiencies and the person or company shall be deemed the direct employee of Contractor. Contractor agrees to indemnify and save Company Group harmless from all claims, demands, Defends, losses, expenses and judgments to which said coverages would have applied. Further, Contractor does hereby protect and indemnify and hold harmless Company Group from any loss suffered due to Contractor's failure to comply with any of the above insurance requirements and/or any applicable law, including the Additional Insured requirements and obtaining of Waivers of Subrogation, or due to any insurance coverage being invalidated due to Contractor's failure to comply with the terms, conditions, and warranties of the insurance.

**COMPANY'S OBLIGATIONS:**

Company agrees to procure and maintain at its sole cost and expense, insurance of the types and amounts set forth below with deductibles for the sole account of Contractor, with solvent insurance companies which are reasonably acceptable to Contractor, authorized to do business in the jurisdictions where the Services and general operations are performed and which shall be maintained without interruption during the entire term of this Agreement. It is expressly understood and agreed that the coverages required herein: (1) represent the minimum requirements and are not to be construed to void or limit the defense, protection or indemnity obligations of Company under this Agreement; and (2) are being obtained by Company in support of Company's defense, protection and indemnity obligations under this Agreement. Prior to the commencement of any Services, Company shall provide or cause its insurance carriers to provide to Contractor and attached hereto as Exhibit B, a Certificate or Certificates of Insurance on an ACORD form or other form approved for use by the Office of the Commissioner of Insurance of the state where the Services are to be performed and signed by authorized representatives of the insurance company evidencing all coverages, extensions and limits required to be carried under this Agreement. Failure to maintain said insurance shall constitute sufficient grounds for immediate cancellation or suspension of this Agreement by Contractor.

To the extent of; however, in no way intended to limit the liability and indemnity obligations assumed by Company in the Agreement, Company shall cause its insurance company(s) to provide written proof that Contractor Group is granted status as additional insureds on all of its applicable insurance policies (except Workers Compensation), and, provide a waiver of subrogation as required by written contract. All references to protection, privileges, or indemnification assumed by Company shall extend to and include Contractor Group. Reasonable deductibles are acceptable and shall be for the sole account of Company. Company will notify its underwriters and Contractor as soon as administratively possible; however, not later than seventy-two (72) hours following any incident or occurrence which may give rise to any claim against the Parties hereto, followed by a written report about such incidents and shall fully cooperate with all investigations thereof. No insurance shall be cancelled or shall there be a significant reduction in coverage without prior written notice to Contractor.

17

Notwithstanding the Parties' choice of law.expressed herein, if the Texas Civil Practice and Remedies Code §127.001 et seq. (the "Anti-Indemnity Act" or any successor Statute or Act) applies to an insurance or indemnity claim under this Agreement, then Company and Contractor agree that all mutual indemnity obligations subject to the Anti-Indemnity Act will be supported by applicable liability insurance coverage. Any unilateral indemnity obligation subject to The Anti-Indemnity Act will be supported by insurance with minimum limits of **Five-Hundred Thousand Dollars ($500,000)**. Otherwise, all other insurance obligations required pursuant to this Agreement shall include but are not limited to the insurance limits and endorsements set forth herein. If Contractor fails to carry insurance in the minimum amount set forth herein then it is agreed that Contractor has approved self-insurance as stated in The Anti-Indemnity Act, and the mutual indemnification amount shall be at least the minimum amount carried by Company and applicable to the extent of the liabilities and immunities assumed in this Agreement.

**A.** **Workers' Compensation Insurance** (Statutory) – **As applicable and wherever necessary for proper coverage,** Workers' Compensation and Employer's Liability coverage's shall include coverage for State of Hire, Alternate Employer/Borrowed Servant Coverage, U.S. Longshoreman and Harbor Workers Act coverage including extension to the Outer Continental Shelf, and Maritime Operations Coverage including Admiralty Benefits, Jones Act Coverage, Death on the High Seas Act Coverage, Maritime Employer's Liability Coverage including Wages, Maintenance, Cure and Transportation Coverage, and Coverage for Master and Crews.

**B.** **Employer's Liability Insurance** with minimum coverage(s) of: (i) **One-Million Dollars ($1,000,000)** Bodily Injury By Accident (Each Accident), and (ii) **One-Million Dollars ($1,000,000)** Bodily Injury by Disease (Policy Limit), and (iii) **One-Million Dollars ($1,000,000)** Bodily Injury by Disease (Each Employee).

**C.** **Comprehensive (or Commercial) General Liability Insurance** on an "Occurrence" form (or, if on a "Claims-Made" form, Contractor shall purchase an Extended Reporting Provision of not less than thirty-six (36) months), including coverage for contractual liability, public liability, bodily injury, personal injury, advertising injury, property damage and premises coverage, products and completed operations, sudden and accidental pollution liability coverage and "Action Over" claims with a minimum of **One-Million Dollars ($1,000,000)** combined single limit per occurrence and a **Two-Million Dollars ($2,000,000)** aggregate. Company will carry Excess Liability (or Umbrella) coverage as listed below that will "follow form" over each claim if such limit becomes exhausted. The policy shall be endorsed to provide that the Non-Owned Watercraft Exclusion has been deleted, and, for "In Rem" liability (to provide that claims "In-Rem" shall be treated as claims against Contractor).

**D.** **Commercial Automobile Liability Insurance** for bodily/personal injury and property damage, including but not limited to coverage for all owned, non-owned and hired automotive vehicles or automotive equipment with minimum limits of **One-Million Dollars ($1,000,000)** combined single limit per accident or occurrence for Bodily Injury and Property Damage.

**E.** **Excess (or Umbrella) Liability** coverage of **Five-Million Dollars ($5,000,000.00)** in excess of the foregoing primary liability policy limits shall be carried by Company, all "following form" over the underlying coverages (except Workers Compensation). All of the

18

foregoing policies containing an element of liability coverage shall be within the schedule of underlying coverages of the Excess (Umbrella) Liability Policy. The limits shall be reported on the required Certificate of Insurance.

G. **Company Property Insurance (as applicable)** coverage for all property provided by Company in connection with this Agreement (whether owned, leased or rented), up to the full value of the property and that provides a waiver of subrogation in favor of Contractor Group.

H. **All Risk Cargo Insurance (as applicable)** with minimum limits of **One-Million Dollars ($1,000,000)** per occurrence which insures Company's liability for loss of or damage to any goods transported, including coverage for theft, fire and acts of God.

I. **If** Company owns, operates, charters or provides marine vessels in connection with its Services, Company is required to maintain the following coverages with respect to such marine vessels or cause the marine vessel owner to provide the following coverages:

(1) **Hull and Machinery Insurance** on each vessel per the American Institute Hull Clauses (June 2, 1977) or equivalent, covering fire, explosions and marine perils, together with full four-fourths collision and running down clause [including Tower's Liability Insurance per the American Institute Tug Form (August 1, 1976) or equivalent, if vessel is a tug] in an amount equal to the full insurable value of the vessel, voluntary removal of debris coverage, sistership clause un-amended, limitation of liability clause deleted, additional insured, waiver of subrogation and Gulf of Mexico extension.

(2) **Primary Protection and Indemnity Insurance and Excess Protection and Indemnity Insurance** per the SP-23 Form (Revised 1/56) or equivalent including excess Collision (and excess Tower's Liability Insurance, if vessel is a tug) with limits of liability of not less than **Ten-Million Dollars ($10,000,000)** each accident on each vessel. Any "as owner" clause and any other language which purports to limit coverage to liability of an insured "as owner of vessel" shall be deleted and must provide for an "In-Rem" endorsement that provides that any claim "In-Rem" shall be treated as a claim "In-Personam".

(3) **Excess/Umbrella Insurance** coverage including Excess Protection and Indemnity, Excess Collision and Tower's Liability, Hull and Machinery in the amount of at least **Ten-Million Dollars ($10,000,000)** per occurrence, all following form of the primary insurance coverage.

J. **If** Company owns, operates, charters or provides any aircraft (whether rotary or fixed wing) in connection with its Services, Company is required to maintain the following coverages with respect to such aircraft or cause the aircraft owner to provide the following coverages:

(1) **Aircraft Liability All Risk Ground and In-flight Insurance and Non-Owned Aircraft Liability Insurance,** including passenger hazard, with **Five-Million Dollars ($5,000,000)** single limit bodily injury and property damage for use of owned or non-owned aircraft, additional insured and waiver of subrogation.

K. With respect to and to the extent of the liabilities and indemnities assumed in the Agreement, Company agrees to obtain endorsements to its policies stating that its policies shall be

19

primary with respect to any insurance carried by the Contractor and Company agrees to obtain endorsements to remove all "other insurance" provisions of its policies.

**L.** Company is not permitted to act as a self-insurer without the express written consent of the Contractor or as to any of the risks to which coverage is herein required. If Contractor consents to such self-insurance (consent which shall not be unreasonably withheld) Company shall comply with all applicable laws relating thereto.

**M.** In the event that Company enters into a contractual agreement with other persons or companies, Company shall require all of those persons or companies to provide the foregoing insurance coverages, as well as any other coverage that it considers necessary. Such policies shall include the same Additional Insured Provisions and Waiver of Subrogation Clauses as required herein. Regardless of whether any person or company fails to provide the minimal insurance, Additional Insured Provisions and Waiver of Subrogation Clause as required herein, Company shall remain obligated to Contractor for any such deficiencies and the person or company shall be deemed the direct employee of Company. Company agrees to indemnify and save Contractor Group harmless from all claims, demands, Defends, losses, expenses and judgments to which said coverages would have applied. Further, Company does hereby protect and indemnify and hold harmless Contractor Group from any loss suffered due to Company's failure to comply with any of the above insurance requirements and/or any applicable law, including the Additional Insured requirements and obtaining of Waivers of Subrogation, or due to any insurance coverage being invalidated due to Company's failure to comply with the terms, conditions, and warranties of the insurance.

20

# EXHIBIT B

## Certificate(s) of Insurance

## (ATTACHED HERE)

ACORD

CRESDRI-01     MRAVANNACK

# CERTIFICATE OF LIABILITY INSURANCE

DATE (MM/DD/YYYY)
6/21/2021

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. THIS CERTIFICATE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE CERTIFICATE HOLDER.

IMPORTANT: If the certificate holder is an ADDITIONAL INSURED, the policy(ies) must have ADDITIONAL INSURED provisions or be endorsed. If SUBROGATION IS WAIVED, subject to the terms and conditions of the policy, certain policies may require an endorsement. A statement on this certificate does not confer rights to the certificate holder in lieu of such endorsement(s).

| PRODUCER | CONTACT NAME: Melissa Ravannack | |
|---|---|---|
| Alliant Insurance Services, Inc.<br>3850 N Causeway Blvd Suite 1150<br>Metairie, LA 70002 | PHONE (A/C, No, Ext): (504) 435-1106 | FAX (A/C, No): |
| | E-MAIL ADDRESS: melissa.ravannack@alliant.com | |
| | INSURER(S) AFFORDING COVERAGE | NAIC # |
| | INSURER A: Lloyd's of London | 00000 |
| INSURED | INSURER B: Clear Blue Specialty Insurance Company | 37745 |
| Crescent Drilling & Production, Inc.<br>2400 Veterans Memorial Blvd., Ste. 110<br>Kenner, LA 70062 | INSURER C: Commerce and Industry Insurance Company | 19410 |
| | INSURER D: Insurance Company of the State of Pennsylvania | 19429 |
| | INSURER E: | |
| | INSURER F: | |

**COVERAGES**    **CERTIFICATE NUMBER:**    **REVISION NUMBER:**

THIS IS TO CERTIFY THAT THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | TYPE OF INSURANCE | ADDL INSD | SUBR WVD | POLICY NUMBER | POLICY EFF (MM/DD/YYYY) | POLICY EXP (MM/DD/YYYY) | LIMITS | |
|---|---|---|---|---|---|---|---|---|
| A | X COMMERCIAL GENERAL LIABILITY<br>☐ CLAIMS-MADE X OCCUR<br>X Professional-Limited | X | X | 20CGLN13246 | 11/1/2020 | 11/1/2021 | EACH OCCURRENCE | $ 1,000,000 |
| | | | | | | | DAMAGE TO RENTED PREMISES (Ea occurrence) | $ 100,000 |
| | | | | | | | MED EXP (Any one person) | $ |
| | | | | | | | PERSONAL & ADV INJURY | $ 1,000,000 |
| | GEN'L AGGREGATE LIMIT APPLIES PER:<br>POLICY X PRO-JECT ☐ LOC | | | | | | GENERAL AGGREGATE | $ 2,000,000 |
| | | | | | | | PRODUCTS - COMP/OP AGG | $ 2,000,000 |
| | OTHER: | | | | | | Professional | $ 1,000,000 |
| B | AUTOMOBILE LIABILITY<br>☐ ANY AUTO<br>☐ OWNED AUTOS ONLY X SCHEDULED AUTOS<br>X HIRED AUTOS ONLY X NON-OWNED AUTOS ONLY | X | X | AQ2YLA000996-00 | 11/1/2020 | 11/1/2021 | COMBINED SINGLE LIMIT (Ea accident) | $ 1,000,000 |
| | | | | | | | BODILY INJURY (Per person) | $ |
| | | | | | | | BODILY INJURY (Per accident) | $ |
| | | | | | | | PROPERTY DAMAGE (Per accident) | $ |
| | | | | | | | Hired/Nonowned | $ 1,000,000 |
| A | X UMBRELLA LIAB X OCCUR<br>☐ EXCESS LIAB ☐ CLAIMS-MADE<br>DED X RETENTION $ 25,000 | X | X | 20XS1N13247 | 11/1/2020 | 11/1/2021 | EACH OCCURRENCE | $ 10,000,000 |
| | | | | | | | AGGREGATE | $ 10,000,000 |
| | | | | | | | | $ |
| C | WORKERS COMPENSATION AND EMPLOYERS' LIABILITY   Y/N<br>ANY PROPRIETOR/PARTNER/EXECUTIVE OFFICER/MEMBER EXCLUDED? (Mandatory in NH)<br>If yes, describe under DESCRIPTION OF OPERATIONS below | N/A | X | WC38412067 | 11/1/2020 | 11/1/2021 | X PER STATUTE ☐ OTHER | |
| | | | | | | | E.L. EACH ACCIDENT | $ 1,000,000 |
| | | | | | | | E.L. DISEASE - EA EMPLOYEE | $ 1,000,000 |
| | | | | | | | E.L. DISEASE - POLICY LIMIT | $ 1,000,000 |
| D | Maritime Employer LI | X | | WC38412067 | 11/1/2020 | 11/1/2021 | Each Accident/Agg. | 1,000,000 |

DESCRIPTION OF OPERATIONS / LOCATIONS / VEHICLES (ACORD 101, Additional Remarks Schedule, may be attached if more space is required)
Additional Information:
SCHEDULE OF NAMED INSUREDS:

Crescent Drilling & Production, Inc.
Crescent Drilling Foreman, Inc.
Crescent Safety Services, LLC
Crescent Drilling & Production Texas, LLC.
SEE ATTACHED ACORD 101

| CERTIFICATE HOLDER | CANCELLATION |
|---|---|
| Martin Energy, LLC.<br>61 Hummingbird Road<br>Mandeville, LA 70470 | SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS.<br><br>AUTHORIZED REPRESENTATIVE |

ACORD 25 (2016/03)    © 1988-2015 ACORD CORPORATION. All rights reserved.

The ACORD name and logo are registered marks of ACORD



AGENCY CUSTOMER ID: CRESDRI-01     **MRAVANNACK**

LOC #: 1

# ADDITIONAL REMARKS SCHEDULE

Page 1 of 2

| AGENCY | NAMED INSURED |
|---|---|
| Alliant Insurance Services, Inc. | Crescent Drilling & Production, Inc.<br>2400 Veterans Memorial Blvd., Ste. 110<br>Kenner, LA 70062 |
| **POLICY NUMBER** | |
| SEE PAGE 1 | |

| CARRIER | NAIC CODE | |
|---|---|---|
| SEE PAGE 1 | SEE P 1 | EFFECTIVE DATE: SEE PAGE 1 |

**ADDITIONAL REMARKS**

THIS ADDITIONAL REMARKS FORM IS A SCHEDULE TO ACORD FORM,

FORM NUMBER: ACORD 25 FORM TITLE: Certificate of Liability Insurance

**Description of Operations/Locations/Vehicles:**
CD & P Enterprises, LLC.

**ENDORSEMENTS AND EXTENSIONS:**

**General Liability Policy:**
-Blanket additional insured:
Underwriters agree that, where required by written "insured contract", any person, firm or organization is included as additional insured but only in respect of liability for "bodily injury" and/or "property damage" arising out of operations performed by or on behalf of the Named Insured under written "insured contract" with such additional insured and then, subject to the terms, conditions, exclusions and Limits of Insurance of this policy, only to the extent required under said written "insured contract". However, unless expressly required otherwise in the applicable contract, additional insured status afforded hereunder shall never be broader than the contractual obligations of the Named Insured to the additional insured assumed under the applicable written "insured contract"; except that under no circumstances shall the additional insured be afforded any coverage provided by this policy for other than its tort liabilities to third parties.
Nothing in this endorsement shall be construed to broaden the coverage provided under this policy prior to the attachment of this endorsement. All other terms and conditions remain unchanged.
-Blanket waiver of subrogation where required by written contract
-$50,000 per occurrence Deductible
-Coverage provided for Watercraft neither Owned Nor Operated
-Non-Owned Watercraft Footage Limitation has been deleted
-30 Days Notice of Cancellation to 3rd Parties as Required by Written Contract
-Blanket Primary and Non-contributory Endorsement Where Required by Written Contract
-Seepage and Pollution Buyback 72HR/30 DAY Clause
-Sudden & Accidental Pollution 7/30 Day
-Gulf of Mexico Extension
-Contractual Liability-Broad Form/Independent Contractor's
-Broad Form Property Damage as per ISO 2004 Form
-In Rem
-Limited Professional Liability for Bodily Injury or Property Damage
-Underground Resources and Equipment Coverage endorsement
-No exclusions with regards to XCU, Blowout & Cratering, Punitive Damage
-Includes Third Party Action Over Indemnity
-There is an Employer's liability exclusion within the General Liability coverage. This exclusion does not apply to liability assumed by the insured under an "insured contract"; no changes to the definition of insured contract as outlined in the ISO policy form CG0001 (12/04).

**The Workers Compensation/Maritime Employers Liability:**

-Blanket Alternate Employer Endorsement WC000301A as allowed by state only when there is a written contract between the Named Insured and the Certificate Holder that requires it.
-U.S. Longshore and Harbor Workers Compensation Act Coverage
-Maritime Coverage Endorsement(Jones Act) applies to bodily injury to a master or member of the crew of any vessel, including Death on the High Seas, In Rem and TWM&C.
-Outer Continental Shelf Lands
-Voluntary Compensation and Employers Liability Coverage Endorsement WC000311
-Blanket waiver of subrogation where required by written contract
-Primary and Non-Contributory Endorsement

**The Umbrella policies:**

ACORD 101 (2008/01)      © 2008 ACORD CORPORATION. All rights reserved.

The ACORD name and logo are registered marks of ACORD

**ACORD**

AGENCY CUSTOMER ID: CRESDRI-01     MRAVANNACK

LOC #: 1

## ADDITIONAL REMARKS SCHEDULE

Page 2 of 2

| AGENCY | NAMED INSURED |
|---|---|
| Alliant Insurance Services, Inc. | Crescent Drilling & Production, Inc.<br>2400 Veterans Memorial Blvd.; Ste. 110<br>Kenner, LA 70062 |

| POLICY NUMBER | |
|---|---|
| SEE PAGE 1 | |

| CARRIER | NAIC CODE | EFFECTIVE DATE: |
|---|---|---|
| SEE PAGE 1 | SEE P 1 | SEE PAGE 1 |

**ADDITIONAL REMARKS**

THIS ADDITIONAL REMARKS FORM IS A SCHEDULE TO ACORD FORM,

FORM NUMBER: ACORD 25   FORM TITLE: Certificate of Liability Insurance

-30 Days Notice of Cancellation to 3rd Parties as Required by Written Contract BEP-795 (11/10)
-The Umbrella Policies follows form of the underlying primary policies.
-Blanket additional insured where required by written contract
-Blanket waiver of subrogation where required by written contract
-Underground Resources Endorsement
-Contractual Liability
-Primary and Non-Contributory Endorsement
-General Liability, Commercial Auto Liability, Employer's Liability are all listed as underlying policies on the Umbrella.

Auto Liability:

- Coverage is primary for any liability assumed under an "insured contract".
-Blanket additional insured where required by written contract
-Blanket waiver of subrogation where required by written contract

ACORD 101 (2008/01)     © 2008 ACORD CORPORATION. All rights reserved.

The ACORD name and logo are registered marks of ACORD